

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00018-CV
_____

WENSLEY STEPHENS AND ALL OCCUPANTS,
9370 FM 349, LONGVIEW, TEXAS 75603, Appellants

V.

DEBRA LOYD, INDEPENDENT EXECUTOR
OF THE ESTATE OF GERMAN BRANCHA LOYD, DECEASED, Appellee

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2023-0008-C

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Wensley Stephens filed a timely notice of appeal on February 27, 2023. The clerk's record was filed on April 11, 2023. Because Stephens failed to request and/or pay for the reporter's record, no reporter's record was filed. The original deadline for Stephens's appellate brief was June 26, 2023. When neither a brief nor a motion to extend time for filing same was received by July 11, 2023, this Court advised Stephens by letter that the brief was late. We also extended the deadline for filing the brief to July 26, 2023. When neither a brief nor a motion to extend time for filing same was received by July 26, 2023, we advised Stephens that August 11, 2023, was the final deadline in which to file a brief. We warned Stephens that the failure to file a brief by the August 11, 2023, deadline would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Stephens has not filed his brief in compliance with this Court's deadline; consequently, the appeal is ripe for dismissal for want of prosecution. Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted: August 22, 2023
Date Decided: August 23, 2023